The People of the State of New York, Respondent,
against
Robert Goon, Appellant.




Robert Goon, appellant pro se.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from a judgment of the City Court of White Plains, Westchester County (JoAnn Friia, J.), rendered May 15, 2018. The judgment convicted defendant, after a nonjury trial, of failing to yield the right of way to a pedestrian in a crosswalk, and imposed sentence.




ORDERED that the judgment of conviction is affirmed.
Following a nonjury trial, defendant was convicted of failing to yield the right of way to a pedestrian in a crosswalk (Vehicle and Traffic Law § 1151 [a]). Viewing the evidence in the light most favorable to the prosecution (see People v Delamota, 18 NY3d 107, 113 [2011]; People v Contes, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish defendant's guilt beyond a reasonable doubt. Moreover, upon exercising our factual review power (see CPL 470.15 [5]; People v Danielson, 9 NY3d 342, 348-349 [2007]), while according great deference to the trial court's credibility determinations (see People v Romero, 7 NY3d 633, 644 [2006]; People v Mateo, 2 NY3d 383, 410 [2004]; People v Bleakley, 69 NY2d 490, 495 [1987]), we are satisfied that the verdict of guilt was not against the weight of the evidence. 
Defendant's remaining contentions improperly rest on matter dehors the record, or are raised for the first time on appeal, or are without merit.
Accordingly, the judgment of conviction is affirmed.
RUDERMAN, J.P., ADAMS and TOLBERT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 24, 2019